NEWMAN *v.* COKER & SON.

GILBERT, J. The court did not err in sustaining the general demurrer and dismissing the petition.

*Judgment affirmed. All the Justices concur.*

No. 1912. NOVEMBER 11, 1920. REHEARING DENIED DECEMBER 20, 1920.

Equitable petition. Before Judge Wright. Floyd superior court. January 3, 1920.

The plaintiff filed a petition against Coker & Son, alleging, in substance, that Coker & Son had brought suit against him in the 1120th district G. M.; on a note for some $60, and had recovered judgment; that at the date named in the note and at the date of the rendition of the judgment the plaintiff in this petition was absent from the State; that on returning he entered an appeal from that judgment to a jury in the justice's court; which said appeal is pending therein undetermined; that while the case was still pending on appeal Coker & Son sued out garnishment in the 919th district G. M., directed to the Central of Georgia Railway Company; and thereby tied up petitioner's wages; that the railway company thereupon dismissed the petitioner from its service; that his services to the company were worth $5 per day; that he had incurred expense for counsel fees of $50; and that he suffered special and general damages, for all of which, as well as for punitive damages, he prayed a recovery. He also asked that the garnishment be restrained. The petition was dismissed on general demurrer, which was based on the ground, among others, that the facts alleged did not constitute a cause of action. The plaintiff excepted.

*Henry Walker,* for plaintiff.

*Wright Willingham* and *L. H. Covington,* for defendants.